

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00120-CR

**ADAM W. RUFFIN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

## From the County Court at Law
## Coryell County, Texas
## Trial Court No. 11-61394

## MEMORANDUM OPINION

Adam Wade Ruffin perfected this appeal from his conviction for assault family violence. This Court has not issued an opinion or mandate in the appeal. Ruffin has since died, and this Court received a copy of Ruffin's death certificate. Ruffin's death during the pendency of his criminal appeal deprives this Court of jurisdiction. *Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000). The proper action is permanent abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal Permanently Abated
Opinion delivered and filed October 11, 2012
Do not publish
[CR25]